1044

[No. 5219–1.  Division One.  August 3, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR
SUMMERS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 77727, Frank J. Eberharter, J., entered
November 4, 1976. *Dismissed* by unpublished opinion per
Andersen, J., concurred in by Callow and Dore, JJ.

[No. 5478–1.  Division One.  August 3, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. BERT
ADAM JOHNNIE, JR., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 9403, Byron L. Swedberg, J., entered
February 18, 1977. *Dismissed* by unpublished opinion per
Andersen, J., concurred in by Callow and Dore, JJ.

[No. 5503–1.  Division One.  August 3, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE
AKERS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 78721, Jerome M. Johnson, J., entered March
2, 1977. *Affirmed* by unpublished opinion per Andersen, J.,
concurred in by Farris, C.J., and Callow, J.